No. 96. UNION PACIFIC RAILROAD CO. *v.* UTTERBACH ET AL. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Oregon denied. *Messrs. Roy F. Shields, Robert F. Maguire,* and *Thomas W. Bockes* for petitioner. *Mr. George M. Naus* for respondents.

No. 97. FLETCHER TRUST CO., TRUSTEE AND TRANSFEREE, *v.* COMMISSIONER OF INTERNAL REVENUE. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Joseph J. Daniels* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Harold C. Wilkenfeld* for respondent.

No. 100. ALBANO *v.* MASSACHUSETTS. October 9, 1944. Petition for writ of certiorari to the District Court of Springfield County, Massachusetts, denied. *Mr. Edward M. Dangel* for petitioner.

No. 103. NEWMAN ET AL. *v.* UNITED FRUIT CO.; and
No. 360. UNITED FRUIT CO. *v.* NEWMAN ET AL. October 9, 1944. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. William L. Standard* for Newman et al. *Mr. Chauncey I. Clark* for United Fruit Co.

No. 104. MAGRUDER *v.* MAGRUDER ET AL. October 9, 1944. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. James J. Hayden* for petitioner. *Mr. R. Sidney Johnson* for respondents.